IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THUONG VAN NGUYEN,**
**A# 027-996-732,**

    **Petitioner,**

vs.                                              **Case No. 4:17cv536-WS/CAS**

**JEFF B. SESSIONS, et al.,**

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, initiated this case on November 30, 2017, by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner alleged that he is a native and citizen of Vietnam who was taken into ICE custody on July 24, 2017.  ECF No. 1 at 3.  He was ordered removed from the United States on February 8, 2010, and waived his right to appeal the order of removal.  Id.  Petitioner alleged that ICE has been unable to remove him and claimed neither Malaysia nor Vietnam would accept him.  Id.  Thus, Petitioner challenged his "indefinite detention" and sought release pursuant to Zadvydas v.

Davis, 533 U.S. 678 (2001) on the basis that removal was "not significantly likely to occur in the reasonably foreseeable future." *Id.* at 4-5.

Service of the petition was directed, ECF No. 4, and on January 19, 2018, Respondents filed a motion to dismiss the petition as moot because Petitioner has been released under an order of supervision. ECF No. 8. Attached to the motion is an exhibit revealing that Petitioner was released from detention on January 16, 2018. ECF No. 9-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss contains a certificate of service indicating the motion was provided to Petitioner at both the Wakulla County Detention Facility, and at his "address of release, 1268 Four Seasons Blvd., Tampa, Florida 33613." ECF No. 8 at 4; *see also* ECF No. 8-1 at 3, 6. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 1268 Four Seasons Blvd., Tampa, Florida 33613, and his address of record at the Wakulla County Detention Facility.

## REPORT AND RECOMMENDATION

In light of Respondents' showing that Petitioner has been released, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 9, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on January 24, 2018.

S/     Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**