UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THUONG VAN NGUYEN,
A# 027–996–732

    Petitioner,

v.                                                   4:17cv536–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed January 24, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention. Indeed, Petitioner himself has filed a notice (doc. 10) of dismissal based on his release from detention.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. Respondents' motion to dismiss (doc. 8) is GRANTED.

3. Petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot based on Petitioner's release from detention.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this 5th day of February, 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE